# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>ARMADA NUTRITION LLC and )<br>PRINOVA US LLC, )<br>)<br>Defendants. ) | C.A. No. 19-1464-RGA<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, the Court entered a Scheduling Order on February 13, 2020 (D.I. 22), which was amended electronically on June 1, 2020, by the Stipulation and Order to Extend Time (D.I. 30), which, among other things, set July 31, 2020 as the deadline for the parties' document production to be substantially completed;

WHEREAS, the parties continue to engage in substantive settlement discussions, which are ongoing;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for Plaintiff Natural Alternatives International, Inc. and Defendants Armada Nutrition LLC and Prinova US LLC, subject to the approval of the Court, that the parties' deadline for document production to be substantially completed in this action shall be extended to from July 31, 2020 to August 31, 2020. All other dates in the Court's February 13, 2020, Scheduling Order (D.I. 22) shall remain unchanged.

| POTTER ANDERSON & CORROON LLP | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| By: /s/ <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Alan R. Silverstein (#5066) <br> Tracey E. Timlin (#6469) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> asilverstein@potteranderson.com <br> ttimlin@potteranderson.com | By: /s/ <br> Michael C. Heyden, Jr. (#5616) <br> Tianna S. Bethune (#6138) <br> 1000 North West Street <br> 12th Floor <br> Wilmington, DE 19801 <br> Tel: (302) 992-8954 <br> mheyden@grsm.com <br> tbethune@grsm.com <br><br> *Attorneys for Defendants Armada Nutrition LLC and Prinova US LLC* |

*Attorneys for Plaintiff Natural Alternatives International, Inc.*

IT IS SO ORDERED, this _____ day of _____ 2020.

_____
U.S. District Judge Richard Andrews