## EXHIBIT A

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARMADA NUTRITION LLC and PRINOVA US LLC, <br><br> Defendants. | Case No. No. 19-1464-RGA <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Plaintiff, Natural Alternatives International, Inc., and Defendants, Armada Nutrition LLC and Prinova US LLC, hereby stipulate and agree, subject to the approval of the Court, that the present action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), in consideration of a negotiated settlement executed by them. Each party will bear its own attorneys' fees and costs.

[Signatures on next page]

15379186v1

Dated:

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | GORDON REES SCULLY MANSUKHANI, LLP |
| By: /s/ David E. Moore<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Alan R. Silverstein (#5066)<br>Tracey E. Timlin (#6469)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>asilverstein@potteranderson.com<br>ttimlin@potteranderson.com | By: /s/ Michael C. Heyden, Jr.<br>Michael C. Heyden, Jr. (#5616)<br>Tianna S. Bethune (#6138)<br>1000 North West Street<br>12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 992-8954<br>mheyden@grsm.com<br>tbethune@grsm.com |
| *Attorneys for Plaintiff Natural Alternatives International, Inc.* | *Attorneys for Defendants Armada Nutrition LLC and Prinova US LLC* |

SO ORDERED this 20 day of January, 2021

/s/ Richard G. Andrews
United States District Judge

10

15379186v1